UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:                                        Case No. 21-40178-LSG

George O. Wallace                     Chapter 13

              Debtor.                         Judge Lisa S. Gretchko
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

TO:    Clerk of the Court                   Krispen S. Carroll
        US Bankruptcy Court              719 Griswold, Ste 1100
        211 W. Fort Street                 Detroit, MI 48226
        Suite 2100
        Detroit, MI 48226                Adam M. Roose
                                                 29829 Greenfield Rd., Ste 102
                                                 Southfield, MI 48076

        PLEASE ENTER THE APPEARANCE of DANA NESSEL, Attorney General, and Juandisha Harris, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-titled case. This appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance. Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                          DANA NESSEL
                                          Attorney General

                                          */s/ Juandisha Harris*
                                          Juandisha Harris (P62978)
                                          Assistant Attorney General
                                          Cadillac Place Building
                                          3030 W. Grand Blvd. Ste. 10-200
                                          Detroit, MI 48202
                                          Telephone: (313) 456-0140
                                          E-Mail: harrisj12@michigan.gov

Dated: May 13, 2021